# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEFFERSON PARISH SCHOOL BOARD** | * | **CIVIL ACTION NO. 06-7383** |
| **Plaintiff** | * | |
| | * | **SECTION "B"** |
| **VERSUS** | * | |
| | * | **JUDGE LEMELLE** |
| | * | |
| **RSUI INDEMNITY COMPANY, ET AL.** | * | **MAGISTRATE NO. 4** |
| **Defendants** | * | |
| | * | **MAGISTRATE ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is stayed

and administratively closed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court shall retain

jurisdiction and that if circumstances change, the case shall be reopened and restored to the trial

docket upon motion of any party, including Westchester Surplus Lines Insurance Company and

Westchester Fire Insurance Company, who has not made an appearance, so that it may proceed

to final disposition.  No party, including Westchester Surplus Lines Insurance Company and

Westchester Fire Insurance Company, waives any right(s) it may have or had by agreeing to

1

administratively close this lawsuit.

New Orleans, Louisiana this __20th__ day of _____March_____, 2007.

_____
**J U D G E**

2